In re     MY LEFT HOOK, LLC
                                                                  Case No.: 
                                          Debtor.                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒     **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☒     **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐     **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐     **Deposits by individuals:** Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐     **Alimony, Maintenance, or Support:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒     **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐     **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    __6__ continuation sheets attached

47H

In re  MY LEFT HOOK, LLC

Debtor.

Case No.: _____ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TAXES
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 45246 CITY OF CULVER CITY 9770 Culver Blvd. Culver City, CA 90232 | | | May 6, 1998 City Business Tax | | | | Unknown | Entire Amount |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal ➤ $ _____
(Total of this page)   Unknown
Total ➤ $ _____
(Use only last page of completed Schedule E)

(Report total also on summary of Schedules)

In re   MY LEFT HOOK, LLC

Debtor.

Case No.: _____ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

CONTRIBUTION TO EMPLOYEE BEN. PLAN
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DIRECTOR'S GUILD OF AMERICA PRODUCER PENSION PLANS 8436 West Third Street Suite 900 Los Angeles, CA 90048 | | | OCTOBER 1997 | | | | UNKNOWN | ENTIRE AMOUNT |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __2__ of __6__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal ➤ $
(Total of this page)   UNKNOWN
Total ➤ $
(Use only last page of completed Schedule E)

(Report total also on summary of Schedules)

| In re | Case No.: |
|---|---|
| MY LEFT HOOK, LLC | |
| Debtor. | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

WAGES, SALARIES and COMMISSIONS
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Scott Allen Logan P.O. Box 825 Santa Monica, CA 90406 | | | October 17, 1997 | | | | $7,200.00 | $4,300.00 |
| ACCOUNT NO. Jeffrey Darin Stevens 28228 Ridge View Drive Canyon Country, CA 91351 | | | October 17, 1997 | | | | $3,753.00 | $3,753.00 |
| ACCOUNT NO. Natalia Matthews 11624 Riverside Drive North Hollywood, CA 91602 | | | October 17, 1997 | | | | $1,800.00 | $1,800.00 |
| ACCOUNT NO. Tracy Michelle Cole 1444 Centinela Avenue, #2 Los Angeles, CA 90025 | | | October 17, 1997 | | | | $1,300.00 | $1,300.00 |
| ACCOUNT NO. John Jacobson Ramsden Productions, Inc. 4151 Michael Avenue Los Angeles, CA 90066 | | | October 23, 1997 | | | | $12,052.00 | $4,300.00 |

Subtotal ➤ $ 26,105.00
(Total of this page)
Total ➤ $
(Use only last page of completed Schedule E)

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Report total also on summary of Schedules)

In re
MY LEFT HOOK, LLC                                                                  Case No.:
                                                                    Debtor.                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

WAGES, SALARIES AND COMMISSIONS
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Cristen Carr Strubbe 1214 South Meadow Brook Avenue Los Angeles, CA 90019 | | | October 23, 1997 | | | | Unknown | Unknown |
| ACCOUNT NO. Richard Bradford Address Unknown | | | November 12, 1997 | | | | $10,200.00 | $4,300.00 |
| ACCOUNT NO. Gena Canfield Address Unknown | | | October 1997 | | | | $3,819.00 | $3,819.00 |
| ACCOUNT NO. Seymour Cassel Address Unknown | | | November 12, 1997 | | | | $30,400.00 | $4,300.00 |
| ACCOUNT NO. Ernie Hudson Address Unknown | | | November 11, 1997 | | | | $3,600.00 | $3,600.00 |

Subtotal ➤ $74,124.00
Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)
Total ➤ $
(Use only last page of completed Schedule E)

(Report total also on summary of Schedules)

In re MY LEFT HOOK, LLC
Debtor.

Case No.: (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

WAGES, SALARIES AND COMMISSIONS
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Maria Kennedy, Address Unknown | | | November 25, 1997 | | | | $1,720.00 | $1,720.00 |
| ACCOUNT NO. James Sbardelletti, Address Unknown | | | October 23, 1997 | | | | $50,000.00 | $4,300.00 |
| ACCOUNT NO. Hilbert Hakim, Address Unknown | | | October 23, 1997 | | | | $19,190.00 | $4,300.00 |
| ACCOUNT NO. Michael Winter, Address Unknown | | | October 23, 1997 | | | | $1,811.00 | $1,811.00 |
| ACCOUNT NO. Barry Primus, Address Unknown | | | October 23, 1997 | | | | $213,333.34 | $4,300.00 |

Subtotal ➤ $ 286,054.34

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page)
Total ➤ $
(Use only last page of completed Schedule E)

(Report total also on summary of Schedules)

In re

MY LEFT HOOK, LLC

Debtor.

Case No.:

(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

WAGES, SALARIES AND COMMISSIONS
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Larry Golin c/o Eric Brooks Bloom Hergott Cooke Diemer & Klein 150 S. Rodeo Dr., 3rd Floor Beverly Hills, CA 90212 | | | | | | | $162,500.00 | $4,300.00 |
| ACCOUNT NO. Vinny Curto c/o Harmon M. Kaslow 2029 Century Park East, #1700 Los Angeles, CA 90067 | | | | | | | $137,500.00 | $4,300.00 |
| ACCOUNT NO. Phil Parmet c/o International Creative Management 8942 Wilshire Blvd. Beverly Hills, CA 90211 | | | October 24, 1997 | | | | $42,000.00 | $4,300.00 |
| ACCOUNT NO. Perry Lotta Address Unknown | | | | | | | $5,175.19 | $4,300.00 |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal ➤ $347,175.19
(Total of this page)
Total ➤ $633,229.53
(Use only last page of completed Schedule E)

(Report total also on summary of Schedules)